# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08 CV 434

| | | |
|---|---|---|
| BOND SAFEGUARD INSURANCE COMPANY, | ) ) ) | |
| Plaintiff | ) ) | |
| V | ) ) | **ORDER** |
| LR BUFFALO CREEK, LLC, LAND RESOURCE, LLC f/k/a LAND RESOURCE COMPANIES, LLC, LAND RESOURCE GROUP, INC., JAMES ROBERT WARD, MICHAEL FLASKEY, ROBERT VACKO, JASON BEAIRD, REALAN INVESTMENT PARTNERS, LLLP. DPB SOLUTIONS, LLC, WEEKS-GREY ROCK, LLC, EURAM GREY ROCK, LLC, EURAM GREY ROCK ASSOCIATES, L.P., DANIEL D. DINUR, BARRINGTON H. BRANCH, BLUE MIST FARMS LLC, BRIDGE POINTE AT JEKYLL SOUND, LLC, CLARKS HILL LAKE, LLC, COASTLINE PROPERTIES, LLC, ROARING RIVER, LLC f/k/a GREYROCK AT LAKE LURE, LLC, LAIRD BAYOU, LLC, LAIRD POINT, LLC, LAND RESOURCE GROUP OF NORTH CAROLINA, LLC, LAND RESOURCE ORCHARDS, LLC, LAND RESOURCES SATILLA RIVER, LLC, LAND RESOURCE WATTS BAR, LLC, LR BAYTREE LANDING, LLC, LR RIVERSEA, LLC, POINT PETER, LLLP, VILLAGES AT NORRIS LAKE, LLC, LAND RESOURCE MEIGS COUNTY, LLC, LRC HOLDINGS, LLC, LAND RESOURCE ROUND MOUNTAIN, LLC, SOUTHERN HOA MANAGEMENT, LLC, WACHOVIA BANK, N.A. and KEYBANK, N.A., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on Erik M. Rosenwood's Application for Admission to Practice *Pro Hac Vice* of Thomas T. Tate.  It appearing that Thomas T. Tate is a member in good standing with the Georgia Bar and will be appearing with Erik M. Rosenwood, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Erik M. Rosenwood's Application for Admission to Practice *Pro Hac Vice* (#43) of Thomas T. Tate is **GRANTED**, and that Thomas T. Tate is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Erik M. Rosenwood.

Signed: October 22, 2008

Dennis L. Howell
United States Magistrate Judge